**Lonnie NEELEY, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 9, 1959.

Woodrow W. Burchett, Prestonsburg, for appellant.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment of the Floyd Circuit Court, which convicted the appellant of the offense of possessing alcoholic beverages for purpose of sale in dry territory and imposed fine of $100 and a 30-day jail sentence.

The lower court did not err in overruling the appellant's motion for a peremptory as there is ample evidence to support the jury's verdict.

The motion for an appeal is denied, and the judgment is affirmed.

**Tim CARPENTER, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 9, 1959.

Marcus Mann, Salyersville, for appellant.

Jo M. Ferguson, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion by Tim Carpenter for an appeal from a judgment of the Breathitt Circuit Court, convicting him of the offense of selling alcoholic beverages in dry territory, and imposing a $50 fine and a 30-day jail sentence.

This Court finds no errors in the case prejudicial to the substantial rights of the defendant.

The motion for an appeal is overruled and the judgment stands affirmed.